# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-01921-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EXOTIC SKIN BOOTS, BELTS AND HAT BANDS,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before me *sua sponte*. In response to my **Minute Order** [#17][1] filed August 3, 2011, the parties filed their **Joint Status Report** [#18], filed August 11, 2011. They confirmed their position that the criminal matter pending against the claimant in this civil action should be resolved before this civil action proceeds and indicated that counsel for the claimant intends to file a motion to stay these proceedings in the near future. Although no such motion has yet been filed, I concur that this action should be stayed pending resolution of the related criminal matter and closed administratively in the interim.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1. That this action is **STAYED** pending resolution of the related criminal matter;

2. That pursuant to **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

3. That pursuant to **D.C.COLO.LCivR 41.2**, the Clerk of the Court is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated September 26, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge