**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01921-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EXOTIC SKIN BOOTS, BELTS AND HAT BANDS,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion To Reopen Case** [#20][1] filed September 11, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion To Reopen Case** [#20] filed September 11, 2013, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action.

Dated October 28, 2013, at Denver, Colorado.

                                **BY THE COURT:**

                                Robert E. Blackburn
                                United States District Judge

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.