# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  08-cv-01921-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EXOTIC SKIN BOOTS, BELTS AND HAT BANDS,

      Defendant.

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on government's **Motion For Final Order of Forfeiture** [#23][1] filed November 13, 2013.  The court having reviewed the motion enters the following findings of fact and conclusions of law:

    1.  That the United States commenced this action in rem pursuant to 16 U.S.C. § 1540(e)(4), 16 U.S.C. § 3374 and 18 U.S.C. § 545;

    2.  That all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    3.  That the United States and claimant Jose Cruz Rodriguez have reach a settlement in this case and have filed a Settlement Agreement with the court resolving all issues in dispute;

    4.  That no other claims to defendant property have been filed;

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5.  That forfeiture of all remaining Ostrich skin, Sea Turtle, Caiman skin, Stingray, and Lizard boots, shoes, belts, and hat bands after the return of 200 Ostrich skin boots, in various sizes and colors, and the seven unidentifiable skin belts shall enter in favor of the United States;

6.  That the United States shall return to claimant Jose Cruz Rodriguez 200 Ostrich skin boots, in various sizes and colors, and the seven unidentifiable skin belts; and

7.  That it further appears there is cause to issue a forfeiture order under 16 U.S.C. § 1540(e)(4), 16 U.S.C. § 3374 and 18 U.S.C. § 545.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED** as follows:

1.  That the government's **Motion For Final Order of Forfeiture** [#23] filed November 13, 2013, is **GRANTED**;

2.  That forfeiture of all remaining Ostrich skin, Sea Turtle, Caiman skin, Stingray, and Lizard boots, shoes, belts, and hat bands after the return of 200 Ostrich skin boots, in various sizes and colors, and the seven unidentifiable skin belts **SHALL ENTER** in favor of the United States;

3.  That the United States **SHALL HAVE** full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

4.  That the clerk of the court is **DIRECTED** to enter judgment; and

5.  That a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated November 13, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge