IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01921-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EXOTIC SKIN BOOTS, SHOES, BELTS AND HAT BANDS,

    Defendant.

_____

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Robert E. Blackburn, the following JUDGMENT is hereby entered:

    1.    That forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States pursuant to 16 U.S.C. § 1540(e)(4), 16 U.S.C. § 3374 and 18 U.S.C. § 545:

        All remaining Ostrich skin, Sea Turtle, Caiman skin, Stingray, and Lizard boots, shoes, belts, and hat bands after the return of 200 Ostrich skin boots, in various sizes and colors, and the seven unidentifiable skin belts.

    2.    That the United States shall have full and legal title as to the above described defendant property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

    3.    That Final Order of Forfeiture shall serve as a Certificate of Reasonable

Cause as to the above described defendant property under 28 U.S.C. § 2465.

Done at Denver, Colorado this  13th day of   November       , 2013.

                                        JEFFREY P. COLWELL
                                        Clerk of the U.S. District Court


                          By:   s/K Lyons
                               Deputy Clerk